IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| HAROLD G. LOVELACE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No: 3:06-CV-392 |
| ) | (VARLAN/SHIRLEY) |
| MICHAEL S. ASTRUE, Commissioner ) | |
| of Social Security, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

For the reasons stated in the memorandum opinion filed contemporaneously with this order, plaintiff's objections to the report and recommendation of the magistrate judge [Doc. 17] are hereby **OVERRULED**. The report and recommendation [Doc. 16] is **ACCEPTED IN WHOLE** under 28 U.S.C. §636(b)91) and Fed. R. Civ. P. 72(b).

It is **ORDERED**, for the reasons stated in the report and recommendation, which the Court adopts and incorporates into its ruling, that plaintiff's motion for summary judgment [Doc. 12] is **DENIED**; defendant's Commissioner's motion for summary judgment [Doc. 14] is **GRANTED**; and defendant Commissioner's decision in this case denying plaintiff's application for disability and supplemental security benefits under the Social Security Act is **AFFIRMED**. This case is **DISMISSED**.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE